UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL LOUIS McCLAIN,                  **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

(Failure to Appear)

On or about October 30, 1997, in Ingham County, in the Southern Division of the Western District of Michigan,

MICHAEL LOUIS McCLAIN,

having been released on or about May 23, 1997 in case number 1:97-cr-34, upon the execution of an unsecured appearance bond in the amount of $15,000 pursuant to 18 U.S.C. § 3142, and having agreed to appear as directed at all proceedings as required, and having been required to appear before the United States District Court for the Western District of Michigan, and having been notified and made aware of this required appearance, knowingly and willfully failed to appear before said court for sentencing after a guilty plea to a charge of conspiracy to distribute and to possess with the intent to distribute cocaine, crack cocaine, and marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), at said date and place as required by the conditions of his release.

18 U.S.C. § 3146(a)(1)
18 U.S.C. § 3146(b)(1)(A)(i)
18 U.S.C. § 3146(b)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JOEL S. FAUSON
Assistant United States Attorney