UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-8 |
| Plaintiff, | |
| v. | Hon. Ray Kent |
| Michael McClain | |
| Defendant. | **DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT** |

Defendant  Michael McClain , through his/her attorney, submits the following initial pretrial conference summary statement.

I. **DISCOVERY**

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant  ☒ will  ☐ will not provide reciprocal discovery.

II. **TRIAL**

The defendant requests a  ☒ jury  ☐ non-jury  trial.

III. **MISCELLANEOUS**

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV. **OBLIGATIONS**

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date  2/8/2023                                    Michael D. Hills
                                                  Counsel for Defendant

(Rev. 03/01/2019)