UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL LOUIS McCLAIN,

    Defendant.        /

Case No. 1:23-cr-8

GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT

**I.  DISCOVERY**

A.  Statements of Defendant

    1.  Oral Statements [Rule 16(a)(1)(A)]

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

- FBI Interview of Defendant on 10/15/2022, memorialized in an FBI 302
- Statements Defendant made to FBI over the telephone on 11/28/2022, memorialized in an FBI 302
- Post-arrest statements Defendant made to FBI on 12/2/2022, memorialized in an FBI 302

the substance of which
☐ has been disclosed to defense counsel
☒ will be disclosed to defense counsel by IPTC, 2/9/23.

    2.  Written or Recorded Statements [Rule 16(a)(1)(B)]

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

- Statements on 10/15/2022, 11/28/2022, and 12/2/2022 noted above.
- Defendant's acknowledgment in Case No. 1:97-cr-34 that he understood and would comply with the conditions of his bond, which required him to appear at all Court proceedings.

All written or recorded statements
☐ have been disclosed to defense counsel
☒ will be disclosed to defense counsel by IPTC, 2/9/23

B. <u>Defendant's Prior Record [Rule 16(a)(1)(D)]</u>

☐ The government has made due inquiry and is not aware of any prior criminal record.
☒ The government has disclosed defendant's prior criminal history.
☐ The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects [Rule 16(a)(1)(E)]</u>

☒ The government has no documents, tangible objects, or physical evidence required to be disclosed.
☐ The government has the following documents, tangible objects, and physical evidence:
  ☐ Controlled Substances:
  ☐ Drug Paraphernalia:
  ☐ Records:
  ☐ Drug Records:
  ☐ Firearms:
  ☐ Inventory (attached)
  ☐ Other:
☒ The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☒ Federal  (list case number and caption)

  - 1:22-mc-00128: In Re Application of the United States of America for An Order Authorizing the Installation and Use of a Pen Register and Trap and Trace Device
  - 1:22-mj-492: In Re Cell-Site Simulator to Locate Verizon Wireless Cellular Telephone Assigned Number (915) 283-7388
  - 1:22-mj-493: In Re Location Information Related to Cellular Telephone Number (915) 283-7388, With Wireless Service Provided by Verizon Wireless

☐ They have been made available for inspection and copying by defense counsel.
☐ Defense counsel should make arrangements with

D. <u>Reports of Examinations and Tests [Rule 16(a)(1)(F)]</u>

☒ The government has no reports of examinations or tests required to be disclosed by Rule 16.
☐ The government has or expects to have reports of the following examinations and tests:

  ☐ Drug Analysis        ☐ Handwriting        ☐ Fingerprints
  ☐ DNA                  ☐ Firearms/Nexus     ☐ Gun Operability
  ☐ Computer Forensics                        ☐ Other

E. <u>Reciprocal Discovery</u>

☒ The government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The government does not presently intend to introduce 404(b) evidence.
☐ The government does presently intend to introduce the following 404(b) evidence:

☐ The government will provide pretrial notice of 404(b) evidence by

G. <u>Other Discovery Matters</u>:

## II. **TRIAL**

A. The government requests a ☒ jury ☐ non-jury trial.

B. Length of trial excluding jury selection is estimated at 1 day

## III. **MISCELLANEOUS**
The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.
☐ The government is aware of the following potential conflict(s):
☒ Government's plea negotiation policy: Defendant must plead guilty two weeks in advance of the final pretrial conference to receive a motion from the Government for the third point for acceptance of responsibility.

Date: February 8, 2023                  /s/ Joel S. Fauson
                                         JOEL S. FAUSON
                                         Assistant United States Attorney